# GEORGE BASSIAS
## ATTORNEY AT LAW

21-83 Steinway Street
Astoria, New York 11105

TEL: (718) 721-4441
FAX: (718) 721-7981
Email: gbassias@yahoo.com

January 12, 2011

HONORABLE SHELLY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN-ROOM 610
NEW YORK, NY 10004

          RE: NATHANIEL & REGINA AJUNWA
          CASE: 10-15981
          MOTION RETURN DATE: 2/10/11

Dear Honorable Judge Chapman:

    I was informed by Tracy Marcado that my motion to convert to Chapter 7 is improper in form, and that there is a voluntary conversion form that must be filed with the clerk.

    Please accept my motion papers only as opposition to the motion of Rene Myatt, Esquire. In addition, be advised that it is the intention of debtors to discontinue/dismiss or convert their 13 for a Chapter 7 once it is verified that the new homestead exemption law is being enforced. It is my understanding that it takes effect 1/22/11. If we do not gain the retroactive benefit by converting from 13 to 7, we will ask for a dismissal and re-file under Chapter 7.

    Thank you for your courtesy in this matter.

                                  Yours Very Truly,

                                  GEORGE BASSIAS

CC:
Rene Myatt, Esq.
204-04 Hillside Ave-2nd Floor
Hollis, NY 11423

Jeffrey Sapir, Esq.
399 Knoll Wood Road-Ste. 102
White Plains, NY 10603

US Trustee
One Bowling Green
NY, NY 10004