UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X CASE #: 10-15981 Scc

In re
Nathaniel Ajunwa and Regina Ajunwa          Chapter 13
        Debtors
----------------------------------------------------------X

**REQUEST FOR A VOLUNTARY DISMISSAL OF DEBTOR'S CHAPTER 13 CASE UNDER 11 U.S.C SECTION 1307**

1. Debtor's filed a Chapter 13 petition on November 9, 2010.

2. This case has not been previously converted or dismissed.

3. Wherefore debtor asks the court to dismiss their Chapter 13 case under 11 U.S.C Section 1307 of the Bankruptcy Court.


Dated:   Queens, NY
           January 24, 2011

X /s/ Nathaniel Ajunwa
Nathaniel Ajunwa

X /s/ Regina Ajunwa
Regina Ajunwa

/s/ George Bassias
GEORGE BASSIAS, ESQ.
ATTORNEY FOR DEBTORS
21-83 STEINWAY STREET
ASTORIA, NY 11105
718-721-4441